UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:18-CR-1336-5 |
| | § | CRIMINAL NO. 2:19-CR-00083 |
| CHARLES WARREN CALLIS | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

On February 19, 2019, after a contested detention hearing, the undersigned ordered CHARLES WARREN CALLIS released on bond. Senior United States District Judge John D. Rainey affirmed this decision. (D.E. 128 in case no. 2:18-CR-1336-5 and D.E. 12 in case no. 2:19-cr-00083). Prior to Mr. Callis being released on bond, the United States Marshals Service learned he has two active warrants for his arrest from Nueces County, Texas. The arrest warrants are for a felony and a misdemeanor offense relating to an alleged false claim for insurance proceeds. Regarding the issue of detention, this has always been a close case. The new information is significant.[1] Based on the new information, the undersigned set a hearing on today's date at which the defendant, defense counsel and counsel for the Government appeared in person. After hearing from counsel, the undersigned has reconsidered the decision of release. The following requires detention of the defendant pending trial in this case:

(1)  There is probable cause to believe the defendant committed an offense for

---

[1] The undersigned was also informed there is an active investigation in Nueces County against Mr. Callis for an alleged sexual assault. However, the Court was not provided sufficient information for consideration on the issue of detention.

1 / 2

which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(B); and

(2) No condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. The findings and conclusions contained in the Pretrial Services Report are adopted.

The undersigned GRANTS the Government's motion for detention and ORDERS Defendant CHARLES WARREN CALLIS detained pending trial in both of the above referenced cases. Counsel for Mr. Callis may file a motion to reopen the detention hearing if the active warrants are resolved or otherwise removed.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 5th day of April 2019.

_____
Jason B. Libby
United States Magistrate Judge